UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. H., | ) | CIVIL ACTION NO. 4:23-CV-1134 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| FRANK BISIGNANO, | ) | |
| *Commissioner of Social Security*, | ) | |
| Defendant | ) | |

## **ORDER**

In accordance with the accompanying memorandum opinion, it is hereby ORDERED that:

(1) The Commissioner's continuing disability review decision is REVERSED.

(2) This case will be REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in Plaintiff's favor.

Date: May 20, 2025

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge